**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**October 15, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

———————————————

SPOT BRAND LLC,

　　Plaintiff - Appellee,

v.

GATES CORPORATION,

　　Defendant - Appellant.

No. 25-1372
(D.C. No. 1:24-CV-02340-GPG-STV)
(D. Colo.)

———————————————

## ORDER

———————————————

This matter is before the court sua sponte to correct a clerical error. On September 24, 2025, Gates Corporation filed a notice of appeal to the Federal Circuit. The district court mistakenly transmitted the appeal to this court and it was docketed. The Federal Circuit subsequently docketed the appeal. *See* Fed. Cir. No. 2026-1002. To correct this clerical error, the appeal in this court is administratively closed. In light of this administrative closure, all deadlines are vacated, and all motions are denied as moot.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
　　Chief Deputy Clerk